UNITED STATES DISTRICT COURT

CASE NO.: 07–37

## AFFIDAVIT OF SERVICE

**ATLASJET ULUSLARARASI**
**HAVACILIK A.S.**

      Plaintiff/Petitioner,

vs.

**EADS AEROFRAME SERVICES, LLC,**
**ET AL**

      Defendant/Respondent.

_____/

Received by **D.M. Professional Services, Inc.** on **01/25/2007** at **08:43 AM** to be served upon:

**AEROFRAME SERVICES LLC**

DELAWARE
NEW CASTLE, KENT, SUSSEX    ss.

I, **ROBERT DELACY, JR.**, depose and say that:

On **01/25/2007** at **01:05 PM**, I served the within **SUMMONS AND COMPLAINT** on **AEROFRAME SERVICES LLC** at **C/O DELAWARE SECRETARY OF STATE 401 FEDERAL ST, DOVER, DE 19901** in the manner indicated below:

Served the within SUMMONS AND COMPLAINT on **01/25/2007** Personally upon Harriet Windsor, Secretary Of State of the state of Delaware by leaving her a true and correct copy of said SUMMONS AND COMPLAINT for defendant, AEROFRAME SERVICES LLC, together with the sum of $2.00 as prescribed by section 3104 of title 10 of the Delaware code of 1978.

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ____25____ day of _____Jan_____, 20__07__.

Sworn to and subscribed before me on this
____ day of _____, 20____
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC

X _____
ROBERT DELACY, JR.
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE 19809

800.966.3624
Law Firm: **MARGARET F. ENGLAND, ESQUIRE**
Atty File#:  - Our File# **11729**