AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

ATLASJET ULUSLARARASI HAVACILIK A.S., a
company organized under the laws of Turkey,
                                    Plaintiff,
                    V.

**SUMMONS IN A CIVIL CASE**

EADS AEROFRAME SERVICES, LLC, a
Delaware limited liability company,
AEROFRAME SERVICES, LLC, a company
organized under the laws of Louisiana,
and EADS NORTH AMERICA, a company organized
Under the laws of Delaware,
                                    Defendants.

CASE NUMBER: 07- 37

TO: (Name and address of Defendant)

Aeroframe Services LLC
C/O Delaware Secretary of State
State of Delaware
401 Federal St., Suite 3
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address) Margaret F England, Esquire, Eckert Seamans Cherin & Mellott, LLC, 300 Delaware Avenue, Suite 1210, Wilmington, Delaware 19801.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE  JAN 1 8 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/25/07 @ 1:05 pm |
| NAME OF SERVER (PRINT)<br>ROBERT DELACY | TITLE<br>SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED HARRIET WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE AT 401 FEDERAL STREET, DOVER, DE 19901

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/25/07
                Date

Signature of Server
D. M. PROFESSIONAL SERVICES
5 Orchard Ln.
Wilmington, DE   19809

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.