IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATLASJET ULUSLARARASI HAVACILIK A.S., ) <br> a company organized under the laws of Turkey,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> EADS AEROFRAME SERVICES, LLC, a  ) <br> Delaware limited liability company,  ) <br> AEROFRAME SERVICES, LLC, a company  ) <br> organized under the laws of Louisiana, and  ) <br> EADS NORTH AMERICA, a company organized  ) <br> under the laws of Delaware,  ) <br> ) <br> Defendants.  ) <br> ) | Civil Action No. 07-37 |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   :

NEW CASTLE COUNTY   :

Margaret F. England, Esquire, being duly sworn, states as follows:

1. My name is Margaret F. England, Esquire. I am the attorney of record for Plaintiff Atlasjet Uluslararasi Havacilik A.S.

2. On February 9, 2007, a Summons and Complaint were sent to Aeroframe Services, LLC, registered mail, postage prepaid, return receipt requested, as required to effect service of process as per 10 Del. C. § 3104.

3. The mailing receipt obtained at the time of the mailing of the Notice is attached to this affidavit as Exhibit A.

4. The original return receipt is attached to this affidavit as Exhibit B.

U0005232.DOC

_____
Margaret F. England

Sworn to and subscribed before me

this  20th  day of February, 2007.

_____
Notary Public

DEBORAH A. CHASE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 29, 2007

U0005232.DOC

# EXHIBIT A

| Registered No. RA 311 805 948 US | | Date Stamp |
|---|---|---|
| Reg. Fee **7.90** | | |
| Handling Charge | Return Receipt **1.85** | |
| Postage **.87** | Restricted Delivery | |
| Received by *CT* | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ **10—** | ☐ With Postal Insurance<br>☐ Without Postal Insurance | |

OFFICIAL USE

**FROM:** Eckert Seamans Cherin ~ Mellott
300 Delaware Ave, Suite 1210
Wilmington DE 19801

**TO:** Aeroframe Services LLC
1945 Merganser St
Lake Charles LA 70615

PS Form **3806**, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                     (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

**EXHIBIT B**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Aeroframe Services LLC
   1945 Merganser St.
   Lake Charles, LA 70615

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Michelle Britt*   ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
   Michelle Britt                  2/14/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RA 311 805 948 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540