IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATLASJET ULUSLARARASI HAVACILIK A.S., ) <br> ) <br>     Plaintiff,                  ) <br> ) <br> v.                                         ) <br> ) <br> EADS AEROFRAME SERVICES, LLC,  ) <br> AEROFRAME SERVICES, LLC, and    ) <br> EADS NORTH AMERICA,              ) <br> ) <br>     Defendants.              ) | Case No. 1:07-cv-00037-JJF |

### CERTIFICATE OF SERVICE

I, Margaret F. England, Esquire, hereby certify that on August 16, 2007 a true and correct copy of **Plaintiff Atlasjet Uluslararasi Havacilik, A.S.'s First Request for Production of Documents to Defendant EADS North America** was served via Federal Express upon the following individuals:

Stephen Johnson
Nixon Peabody, LLP
Two Embarcadero Center
Suite 2700
San Francisco, CA 94111-3996

John F. Robichaux
W. Joe Mize
Robichaux, Mize, Wadsack & Richardson, LLC
1777 Ryan Street
Lake Charles, LA 70601

Lee Harrington
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131

                            ECKERT SEAMANS CHERIN & MELLOTT, LLC

                            By:   */s/Margaret F. England*
                                 Margaret F. England, Esquire (No. 4248)
                                 300 Delaware Avenue, Suite 1210
                                 Wilmington, Delaware 19801
                                 (302) 425-0430

Dated: August 16, 2007