IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATLASJET ULUSLARARASI HAVACILIK A.S., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EADS AEROFRAME SERVICES, LLC, ) <br> AEROFRAME SERVICES, LLC, and ) <br> EADS NORTH AMERICA, ) <br> ) <br> Defendants. ) | Case No. 1:07-cv-00037-JJF |

## CERTIFICATE OF SERVICE

I, Margaret F. England, Esquire, hereby certify that on August 16, 2007 a true and correct copy of **Plaintiff Atlasjet Uluslararasi Havacilik, A.S.'s First Set of Interrogatories to Defendant EADS Aeroframe Services, LLC** was served via Federal Express upon the following individuals:

Stephen Johnson
Nixon Peabody, LLP
Two Embarcadero Center
Suite 2700
San Francisco, CA 94111-3996

John F. Robichaux
W. Joe Mize
Robichaux, Mize, Wadsack & Richardson, LLC
1777 Ryan Street
Lake Charles, LA 70601

Lee Harrington
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: /s/Margaret F. England
Margaret F. England, Esquire (No. 4248)
300 Delaware Avenue, Suite 1210
Wilmington, Delaware 19801
(302) 425-0430

Dated: August 16, 2007