IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATLASJET ULUSLARARASI HAVACILIK A.S., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EADS AEROFRAME SERVICES, LLC, )<br>AEROFRAME SERVICES, LLC, and )<br>EADS NORTH AMERICA, )<br>)<br>    Defendants. ) | Case No. 1:07-cv-00037-JJF |

## CERTIFICATE OF SERVICE

I, Margaret F. England, Esquire, hereby certify that on August 16, 2007 a true and correct copy of **Plaintiff Atlasjet Uluslararasi Havacilik, A.S.'s First Set of Interrogatories to Defendant Aeroframe Services, LLC** was served via Federal Express upon the following individuals:

Stephen Johnson
Nixon Peabody, LLP
Two Embarcadero Center
Suite 2700
San Francisco, CA 94111-3996

John F. Robichaux
W. Joe Mize
Robichaux, Mize, Wadsack & Richardson, LLC
1777 Ryan Street
Lake Charles, LA 70601

Lee Harrington
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131

          ECKERT SEAMANS CHERIN & MELLOTT, LLC

    By:   _/s/Margaret F. England_
        Margaret F. England, Esquire (No. 4248)
        300 Delaware Avenue, Suite 1210
        Wilmington, Delaware 19801
        (302) 425-0430

Dated: August 16, 2007