IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATLASJET ULUSLARARASI HAVACILIK A.S., a company organized under the laws of Turkey<br><br>Plaintiff,<br><br>v.<br><br>EADS AEROFRAME SERVICES, LLC, a Delaware limited liability company, AEROFRAME SERVICES, LLC, a company organized under the laws of Louisiana, and EADS NORTH AMERICA, a company organized under the laws of Delaware,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 07-cv-00037-JJF |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter our appearances on behalf of EADS Aeroframe Services, LLC; Aeroframe Services, LLC; and EADS North America, defendants in the above matter.

DATED: December 17, 2007

/s/ Matthew Kaplan
Edmond D. Johnson (DE No. 2257)
Matthew A. Kaplan (DE No. 4956)
PEPPER HAMILTON LLP
1313 North Market Street, Suite 5100
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for Defendants*
*EADS Aeroframe Services, LLC; Aeroframe Services, LLC; and EADS North America*

## CERTIFICATE OF SERVICE

I, Matthew Kaplan, hereby certify that on December 17, 2007, I caused to be served the foregoing Entry of Appearance upon the following counsel via CM/ECF:

>Margaret Fleming England, Esq.
>Eckert Seamans Cherin & Mellott, LLC
>300 Delaware Ave, Suite 1360
>Wilmington, DE 19801

/s/ Matthew Kaplan
Matthew A. Kaplan (DE No. 4956)