IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ATLASJET,                          :
                                   :
    Plaintiff,                 :
                                   :
v.                                 :   Civil Action No. 07-37 JJF
                                   :
EADS AEROFRAME SERVICES, LLC,      :
                                   :
    Defendant.                 :
                                   :

### O R D E R

WHEREAS, by letter dated December 14, 2007 (D.I. 18), Plaintiff requested Court to permit Plaintiff to be relieved from the requirement of filing the Rule 16(b) statement in deference to a "New York" action;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff need not file the Rule 16(b) statement until March 24, 2008.

December 21, 2007

_____
UNITED STATES DISTRICT JUDGE