**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

*Margaret F. England*
*Direct Dial: (302) 425-0430*
*mengland@eckertseamans.com*

March 26, 2008

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 4124
Lockbox 27
Wilmington, DE 19801

    Re:    <u>Atlasjet v. EADS Aeroframe Services, et al.</u>
            <u>Case No. 07-cv-00037-JJF</u>

Dear Judge Farnan:

As you know we represent the plaintiff, Atlasjet, in the above-referenced matter. I am writing to request an additional extension of time to file the Rule 16(b) statement.

The above-referenced case was filed as a protective measure in Delaware, given that the Defendant, EADS Aeroframe Services, LLC had been sold, but still existed as a legal entity, at least in Delaware. As discussed our December 14, 2007 letter, the Honorable Richard J. Sullivan has not ruled whether jurisdiction can be maintained in New York. Pending the outcome of the Motion, the action in Delaware may be dismissed.

If the Court views it necessary, we can file a motion to stay the action here in Delaware pending the ruling in New York. However, at this time we are seeking additional leave from the Court's requirement of filing the Rule 16(b) statement.

Thank you for your consideration in this matter.

Very truly yours,

*Margaret F. England*

Margaret F. England

MFE/bc
cc:    Lee Harrington, Nixon Peabody (via facsimile and U.S. Mail postage paid)
       Thomas J. Whalen
       Laura G. Stover