IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ATLASJET ULUSLARARASI HAVACILIK A.S., a company organized under the laws of Turkey | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : : | NO. 07-cv-00037-JJF |
| EADS AEROFRAME SERVICES, LLC, a Delaware limited liability company, AEROFRAME SERVICES, LLC, a company organized under the laws of Louisiana, and EADS NORTH AMERICA, a company organized under the laws of Delaware, | : : : : : : : : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of EADS Aeroframe Services, LLC, Aeroframe Services, LLC, and EADS North America, defendants in the above matter.

              /s/ Edmond D. Johnson
              Edmond D. Johnson (DE No. 2257)
              Matthew A. Kaplan (DE No. 4956)
              PEPPER HAMILTON LLP
              1313 North Market Street, Suite 5100
              P.O. Box 1709
              Wilmington, DE 19899-1709
              Telephone No.  (302) 777-6500
              Facsimile No. (302) 421-8390

              *Attorneys for Defendants EADS Aeroframe Services, LLC, Aeroframe Services, LLC, and EADS North America*

Dated:  April 1, 2008

#9486181 v1

-2-

## CERTIFICATE OF SERVICE

       I, Edmond D. Johnson, hereby certify that on April 1, 2008, I caused to be served the foregoing Entry of Appearance upon the following counsel via CM/ECF:

> Margaret Fleming England, Esq.
> Eckert Seamans Cherin & Mellott, LLC
> 300 Delaware Ave, Suite 1360
> Wilmington, DE 19801

                    /s/ Edmond D. Johnson
                    Edmond D. Johnson (DE No. 2257)