IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATLASJET ULUSLARARASI HAVACILIK A.S., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00037-JJF |
| ) | |
| EADS AEROFRAME SERVICES, LLC, ) | |
| AEROFRAME SERVICES, LLC, and ) | |
| EADS NORTH AMERICA, ) | |
| ) | |
|     Defendants. ) | |

**STIPULATION TO STAY PROCEEDINGS**

The parties, by and through the undersigned counsel, stipulate to this Honorable Court staying all proceedings in the above-captioned matter for three months from the date of this Order pending the resolution of a motion in the companion case pending in the Southern District of New York (the "Motion"). Fifteen (15) days prior to the expiration of the Stay, the parties shall provide a status report to the court as to the resolution, if any, of the Motion.

| | |
|---|---|
| **ECKERT, SEAMANS, CHERIN & MELLOTT, LLP** | **PEPPER HAMILTON LLP** |
| | |
| */s/Margaret F. England* | */s/Edmond D. Johnson* |
| Margaret F. England Bar No. 4248) | Edmond D. Johnson (Bar No. 2257) |
| 300 Delaware Avenue, Suite 1210 | 1313 Market Street, Suite 5100 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 425-0430 | (302) 777-6500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| | |
| Dated: 6/25/2008 | Dated: 6/25/2008 |

SO ORDERED this ____ day of June, 2008.

                                                                                                                       The Honorable Joseph J. Farnan, Jr.