IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATLASJET ULUSLARARASI HAVACILIK AS, | : |
| Plaintiff, | : |
| v. | : Civil Action NO. 07-37 JJF |
| EADS AEROFRAMES SERVICES LLC, et al., | : |
| Defendants. | : |

### ORDER

WHEREAS, by letter, counsel has informed the Court that the parties are waiting on a ruling in another district that will dismiss the action in Delaware (D.I. 23), and a Stipulation staying the case has been entered (D.I. 24);

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned case shall be administratively closed. Should settlement fail, the parties shall promptly notify the Court so that the case may be reopened and other appropriate action may be taken.

July 29, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE